Bud Willie Lee BELL, Plaintiff–
Appellant,

v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION, Defendant–
Appellee.

No. 07–2168.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 7, 2008.

Decided: Sept. 9, 2008.

Bud Willie Lee Bell, Appellant Pro Se.
Beth Drake, Assistant United States At-
torney, Columbia, South Carolina; Michael
A. Thomas, Social Security Administration,
Denver, Colorado, for Appellee.

Before WILKINSON, NIEMEYER,
and MOTZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

188

PER CURIAM:

Bud Willie Lee Bell appeals the district court's order accepting the recommendation of the magistrate judge and affirming the Defendant's decision to deny Bell disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bell v. Comm'r, Soc. Sec. Admin.*, No. 2:06–cv–02971–HFF (D.S.C. Oct. 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*